UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LONG PLAYER LP, | Case No. 18-CV-2414 (LGS) |
| Plaintiff, | |
| -against- | **NOTICE OF CROSS-MOTION** |
| GOLD MAIDEN LLC, UNITED TRISTAR LLC, JEREMY SOUSSAN, DAN VAHDAT, SOUVAH LLC, BLUEPRINT INDUSTRIES, LLC, and BLUE CITY MEDIA, | |
| Defendants. | |

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Jeremy Soussan, dated March 27, 2018, the Declaration of Shahab Daniel ("Dan") Vahdat, dated March 27, 2018, the exhibits submitted therewith, and upon the Memorandum of Law, dated March 27, 2018, and upon all prior papers and pleadings herein, Defendants Gold Maiden LLC, United Tristar LLC, Jeremy Soussan, Dan Vahdat, Souvah LLC, Blueprint Industries, LLC, and Blue City Media will cross-move this Court, before the Hon. Lorna G. Schofield, U.S.D.J., at the United States District Court for the Southern District of New York, at the Courthouse located at 40 Foley Square, Courtroom 1106, New York, NY 10007, on March 29, 2018 at 11:30 a.m., for an Order: (i) pursuant to F.R.C.P. 12(b)(1) dismissing this action for lack of subject matter jurisdiction; and (ii) granting such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       March 27, 2018

                              **WACHTEL MISSRY LLP**

                              By:   *s/  Steven J. Cohen*
                                  Steven J. Cohen
                                  David Yeger
                            One Dag Hammarskjold Plaza
                            885 Second Avenue, 47th Fl.
                            New York, NY 10017
                            (212) 909-9500
                            cohen@wmllp.com
                            dyeger@wmllp.com
                            *Attorneys for Defendants*

To:    Peter James Reid, Esq.
        Pete Reid Law, PLLC
        3901 South Lamar, Ste. 260
        Austin, TX 78704
        (512) 261-2500
        *Attorneys for Plaintiff*