# Tabitha Whittaker

| | |
|---|---|
| **From:** | Cheryl Hays <accounting@blueprintindustries.com> |
| **Sent:** | Monday, May 11, 2015 3:42 PM |
| **To:** | Dan Vahdat; Jeremy Soussan; Chris Goyer |
| **Cc:** | Richard Ross |
| **Subject:** | BPI Balance Sheet and P & L as of April 30, 2015 CASH BASIS |
| **Attachments:** | BPI Balance SheetL as of April 30 2015 Cash Basis.pdf; BPI P & L as of April 30 2015 Cash Basis.pdf |

Attached for your review is BPI's Balance Sheet and P & L as of April 30, 2015.

Regards,

Cheryl
Accounting
BluePrint Industries LLC

2:35 PM
05/11/15
Cash Basis

# Blueprint Industries, LLC
## Profit & Loss
### January through April 2015

|  | Jan 15 | Feb 15 | Mar 15 | Apr 15 | TOTAL |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| Sales | ▇ | ▇ | ▇ | ▇ | ▇ |
| **Total Income** | 161,161.52 | 140,113.73 | 179,498.10 | 185,966.78 | 666,740.13 |
| **Cost of Goods Sold** | | | | | |
| Publisher | 148,992.96 | 68,171.02 | 184,767.15 | 133,517.27 | 535,448.40 |
| **Total COGS** | ▇ | ▇ | ▇ | ▇ | ▇ |
| **Gross Profit** | ▇ | ▇ | ▇ | ▇ | ▇ |
| **Expense** | | | | | |
| Accounting expense | | | | | |
| Bank Service Charges | | | | | |
| Business Licenses and Permits | | | | | |
| Computer and Internet Expenses | | | | | |
| Data cleaning | | | | | |
| EmailServiceProvider | | | | | |
| HealthIns | | | | | |
| Host / IP | | | | | |
| Insurance Expense | | | | | |
| List Management | | | | | |
| Marketing | | | | | |
| Meals and Entertainment | | | | | |
| Miscellaneous Expense | | | | | |
| Office Supplies | | | | | |
| Payroll Expenses | | | | | |
| Postage and Delivery | | | | | |
| Telephone Expense | | | | | |
| Tracking Software Exp | | | | | |
| Travel Expense | | | | | |
| Utilities | | | | | |
| **Total Expense** | ▇ | ▇ | ▇ | ▇ | ▇ |
| **Net Ordinary Income** | ▇ | ▇ | ▇ | ▇ | ▇ |
| **Net Income** | ▇ | ▇ | ▇ | ▇ | ▇ |