# Tabitha Whittaker

| | |
|---|---|
| **From:** | Accounting <accounting@blueprintin.com> |
| **Sent:** | Monday, June 19, 2017 2:06 PM |
| **To:** | Dan Vahdat; Jeremy Soussan; Chris Goyer |
| **Cc:** | Richard Ross (richardross@lsrosscpa.com) |
| **Subject:** | BPI BALANCE SHEET & P & L as of May 31, 2017 |
| **Attachments:** | BPI P & L as of May 31, 2017.pdf; BPI P & L By Month as of May 31, 2017.pdf; BPI Balance Sheet as of May 31, 2017.pdf |

Attached are BPI Balance Sheet and P & L as of May 31, 2017 for your review.

Regards,

Cheryl
Accounting
BluePrint Industries LLC

1:58 PM
06/19/17
Cash Basis

# Blueprint Industries, LLC
## Profit & Loss
### January through May 2017

|  | Jan - May 17 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| RevShare | ▓ |
| Sales | ▓ |
| **Total Income** | 1,255,847.57 |
| **Cost of Goods Sold** | |
| Publisher | 1,122,364.13 |
| **Total COGS** | ▓ |
| **Gross Profit** | ▓ |
| **Expense** | |
| Accounting expense | |
| Bank Service Charges | |
| Business Licenses and Permits | |
| Data | |
| Data cleaning | |
| EmailServiceProvider | |
| HealthIns | |
| Host / IP | |
| List Management | |
| Marketing | |
| Meals and Entertainment | |
| Office Supplies | |
| Payroll Expenses | |
| Postage and Delivery | |
| Telephone Expense | |
| Tracking Software Exp | |
| Travel Expense | |
| **Total Expense** | ▓ |
| **Net Ordinary Income** | ▓ |
| **Other Income/Expense** | |
| **Other Income** | |
| Lease Income 16 Beaver | |
| **Total Other Income** | ▓ |
| **Other Expense** | |
| Lease Expense Attorney/Legal | |
| Lease Expense Legal Fees | |
| Lease Expense Property Taxes | |
| Lease Expense Rent | |
| **Total Other Expense** | ▓ |
| **Net Other Income** | ▓ |
| **Net Income** | ▓ |