

**CHASE** ⬡

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio, TX 78265 - 9754

November 01, 2011 through November 30, 2011

Account Number: ▇▇▇▇▇▇▇▇



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

ll..llll.ll..ll.l.l.l.l.l.ll.l.l.l..ll..ll..l.lllll.l
00004486 DDA 802 142 33511 NNNNNNNNNNN T 1 000000000 69 0000
BLUEPRINT INDUSTRIES LLC
2 GOLD ST APT 5K
NEW YORK NY 10038-4871

## CHECKING SUMMARY   Commercial Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | ▇▇▇▇ |
| Deposits and Additions | 50 | ▇▇▇▇ |
| Checks Paid | 8 | ▇▇▇▇ |
| Electronic Withdrawals | 83 | ▇▇▇▇ |
| Other Withdrawals, Fees & Charges | 3 | ▇▇▇▇ |
| **Ending Balance** | **144** | ▇▇▇▇ |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | Wfb Directpay   Deposit   Dp020146250      CCD ID: Bizedp | ▇▇▇▇ |
| 11/02 | ATM Check Deposit | |
| 11/02 | ATM Check Deposit | |
| 11/02 | ATM Check Deposit | |
| 11/02 | Deposit      301634549 | |
| 11/03 | ATM Check Deposit | |
| 11/03 | ATM Check Deposit | |
| 11/03 | Book Transfer Credit B/O: Cb Funds Trans Previous Day Tampa FL 33610- Org: Aba/026005092 Wells Fargo NY Intl Ref:/Bnf/Our Ref Jpm111103-002048 JPMorgan Chaseref3727300307Fc Reversal of Entry Dtd 10/31/2011 Trn 1022 500304Es As As Bbk Rtn Pymt Order Misformat Trn: 0712800307Hh | |
| 11/04 | Fed Wire Credit Via: US Bank Arizona/122105155 B/O: Blue Global Llc Scottsdale,AZ,85255 Ref: Chase Nyc/Ctr/Bnf=Blueprint Industries Llc New York NY 10038-4871/Ac-000000007466 Rfb=111104020651 Bbi=/Time/14:40 Imad: 1104Mmqfmp31002143 Trn: 3922009308Ff | ▇▇▇▇ |



 CHASE

November 01, 2011 through November 30, 2011
Account Number: ████████████

---

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

**1. Write in the Ending Balance shown on this statement:**      Step 1 Balance:   $_____

**2. List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

                                     Step 2 Total:   $_____

**3. Add Step 2 Total to Step 1 Balance.**                          Step 3 Total:   $_____

**4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                       Step 4 Total:   -$_____

**5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**EQUAL HOUSING LENDER**   JPMorgan Chase Bank, N.A. Member FDIC



November 01, 2011 through November 30, 2011
Account Number: ███████████

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/07 | | |
| 11/07 | | |
| 11/07 | | |
| 11/07 | | |
| 11/07 | | |
| 11/08 | | |
| 11/08 | | |
| 11/08 | | |
| 11/10 | | |
| 11/14 | | |
| 11/14 | | |
| 11/14 | | |
| 11/15 | | |
| 11/15 | | |
| 11/15 | | |
| 11/16 | | |
| 11/16 | | |
| 11/16 | | |
| 11/18 | | |
| 11/18 | | |
| 11/21 | | |
| 11/21 | | |
| 11/21 | | |
| 11/21 | | |
| 11/21 | | |
| 11/21 | | |
| 11/21 | | |
| 11/21 | | |







November 01, 2011 through November 30, 2011
Account Number: ▮▮▮▮▮▮▮▮

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/22 | | |
| 11/22 | | |
| 11/22 | | |
| 11/23 | | |
| 11/23 | | |
| 11/23 | | |
| 11/25 | | |
| 11/25 | | |
| 11/28 | | |
| 11/29 | | |
| 11/29 | | |
| 11/30 | | |

**Total Deposits and Additions** ▮▮▮▮▮▮

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|--------------|-----------|--------|
| 1239 | 11/03 | |
| 1240 | 11/02 | |
| 1241 | 11/08 | |
| 1243 * | 11/07 | |
| 1244 | 11/08 | |
| 1245 | 11/23 | |
| 1246 | 11/30 | |
| 1305 * | 11/28 | |

**Total Checks Paid** ▮▮▮▮▮

* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/02 | | |
| 11/02 | | |
| 11/02 | | |
| 11/02 | | |
| 11/02 | | |
| 11/02 | | |
| 11/02 | | |
| 11/02 | | |





November 01, 2011 through November 30, 2011
Account Number: ▮▮▮▮▮▮▮▮

## ELECTRONIC WITHDRAWALS (continued)



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/02 | | |
| 11/02 | | |
| 11/02 | | |
| 11/03 | | |
| 11/03 | | |
| 11/03 | | |
| 11/04 | | |
| 11/04 | | |
| 11/07 | | |
| 11/07 | | |
| 11/07 | | |
| 11/08 | | |
| 11/09 | | |
| 11/09 | | |
| 11/09 | | |
| 11/09 | | |
| 11/09 | | |
| 11/09 | | |
| 11/09 | | |
| 11/09 | | |
| 11/09 | | |
| 11/09 | | |
| 11/09 | | |
| 11/09 | | |
| 11/09 | | |
| 11/09 | | |
| 11/09 | | |
| 11/09 | | |
| 11/14 | | |
| 11/14 | Online ACH Payment 2187977918 To Haki (_######9113) | 468,179.90 |
| 11/14 | | |
| 11/14 | | |
| 11/14 | | |
| 11/14 | | |
| 11/14 | | |
| 11/14 | | |
| 11/14 | | |
| 11/14 | | |
| 11/14 | | |
| 11/16 | | |
| 11/16 | | |
| 11/16 | | |
| 11/16 | | |
| 11/17 | | |
| 11/17 | | |
| 11/17 | | |
| 11/17 | | |
| 11/17 | | |



November 01, 2011 through November 30, 2011
Account Number: ████████████

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/17 | | |
| 11/17 | | |
| 11/17 | | |
| 11/17 | | |
| 11/17 | | |
| 11/18 | | |
| 11/18 | | |
| 11/21 | | |
| 11/21 | | |
| 11/22 | | |
| 11/22 | | |
| 11/23 | | |
| 11/23 | | |
| 11/23 | | |
| 11/23 | | |
| 11/23 | | |
| 11/23 | | |
| 11/23 | | |
| 11/23 | | |
| 11/23 | | |
| 11/25 | | |
| 11/29 | | |
| 11/30 | | |
| 11/30 | | |
| 11/30 | | |

**Total Electronic Withdrawals**     **$889,135.57**

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/07 | | |
| 11/15 | | |
| 11/28 | | |

**Total Other Withdrawals, Fees & Charges**     ████████

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 11/01 | | | |
| 11/02 | | | |
| 11/03 | | | |
| 11/04 | | | |
| 11/07 | | | |
| 11/08 | | | |



November 01, 2011 through November 30, 2011
Account Number: ███████████

## DAILY ENDING BALANCE | *(continued)*

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 11/18 | | | |
| 11/21 | | | |
| 11/22 | | | |
| 11/23 | | | |



**CHASE** 

November 01, 2011 through November 30, 2011
Account Number:

This Page Intentionally Left Blank