**BPI NORMAL EXPENSE PAYOUTS LAST WEEK OF MONTH March 26 thru 31, 2018**

| Payee | Amount | Note |
|---|---|---|
| Payroll / Bi Weekly | 4,163.72 | |
| Payroll / Commisson | 4,825.00 | Average From Last 3 Months |
| Health Insurance | 1,452.12 | |
| Partner Draws | 15,000.00 | |
| Accounting | 1,900.00 | |
| Expert Sender | 2,700.00 | Invoice Received |
| Dream Direct | 1,408.18 | Invoice Received |
| Edemographic | 352.78 | Invoice Received |
| Media Nova | 3,656.38 | Invoice Received |
| Steam | 175.63 | Invoice Received |
| Hosting Response | 6,120.00 | Traffic March 12 thru 18 2018 |
| Moxie | 22.00 | Traffic March 12 thru 18 2018 |
| Hosting Response | | Traffic March 19 thru 25 2018 |
| Moxie | | Traffic March 19 thru 25 2018 |
| Hosting Response | | Traffic March 26 thru April 1 2018 |
| Moxie | | Traffic March 26 thru April 1 2018 |
| | 41,775.81 | |