**From:** **Dan Vahdat** dan@blueprintIN.com
**Subject:** Nest
**Date:** January 18, 2016 at 7:42 PM
**To:** Christian P Goyer  chris@hakibird.com
**Cc:** chris@blueprintindustries.com
**Bcc:** Jeremy Soussan  Jeremy@blueprintin.com



Hey Chris,

Hope all is going well. I have been trying to get a hold of you today regarding Nest. Can you please follow up with me asap. Nest is down and I need to get in touch with the programmer.

Please let me know either way.. I just want to at least know your getting my text messages and email.

Thanks,
Dan

**From:** **Dan Vahdat** dan@blueprintIN.com
**Subject:** Re: Nest
**Date:** January 19, 2016 at 8:08 AM
**To:** Christian P Goyer chris@hakibird.com
**Cc:** chris@blueprintindustries.com
**Bcc:** Jeremy Soussan Jeremy@blueprintin.com



Hey Chris,

Left a few text messages and an email yesterday. Not sure if your getting any of these emails or texts. Do you have a login to the server ? Maybe it needs to get rebooted.

I really appreciate it if you reply back to me as it is impacting the ESPS.

Thanks,
Dan

**From:** Dan Vahdat <dan@blueprintIN.com>
**Date:** Monday, January 18, 2016 at 7:42 PM
**To:** Christian P Goyer <chris@hakibird.com>
**Cc:** "chris@blueprintindustries.com" <chris@blueprintindustries.com>
**Subject:** Nest

Hey Chris,

Hope all is going well. I have been trying to get a hold of you today regarding Nest. Can you please follow up with me asap. Nest is down and I need to get in touch with the programmer.

Please let me know either way.. I just want to at least know your getting my text messages and email.

Thanks,
Dan