UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

```
                                            USDC SDNY
                                            DOCUMENT
                                            ELECTRONICALLY FILED
                                            DOC #:_____
                                            DATE FILED: 3/29/18
```

LONG PLAYER L.P.,

       Plaintiff,     18 Civ. 2414 (LGS)

   -against-        ORDER

GOLD MAIDEN, L.L.C.,

       Defendant.

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, a hearing was held on March 29, 2018.  For the reasons stated in the hearing, it is hereby

  **ORDERED** that the temporary restraining order issued in this case (Docket No. 22) is VACATED, and Plaintiff's motion for a preliminary injunction is DENIED.

  The Clerk of Court is respectfully directed to close this case and all pending motions.

Dated: March 29, 2018
    New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**