UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LONG PLAYER LP<br><br>Plaintiff,<br><br>v.<br><br>GOLD MAIDEN LLC, UNITED TRISTAR LLC, JEREMY SOUSSAN, DAN VAHDAT, SOUVAH LLC, BLUEPRINT INDUSTRIES, LLC, and BLUE CITY MEDIA,<br><br>Defendants | CIVIL ACTION NO.<br><br>1:18-CV-02414<br><br><br>MOTION FOR<br>RETURN OF BOND |

NOW comes LONG PLAYER LP, Plaintiff in the above entitled cause, and files this motion requesting that the Court return the bond that it paid as security to the court upon issuance of a Temporary Restraining Order, and as grounds therefore would show the Court as follows:

1. On March 19, 2018, Plaintiff Long Player LP filed a motion requesting a Temporary Restraining Order against Defendants.

2. The Court granted Plaintiff's motion on March 19, 2018 and ordered Plaintiff to execute a bond in the amount of $1,000.00.

3. This bond was paid by Pete Reid Law, PLLC and filed with the Clerk of Court on March 19, 2018, (see attached Receipt Number: 465401204752 at Exhibit 1).

4. The case was later dismissed by Order of Judge Lorna G. Schofield on March 29, 2018.

5. Accordingly, Plaintiff respectfully requests that the Court order the return of the $1,000.00 bond paid by Plaintiff.

6. The bond may be returned to Plaintiff at the following address:

>   Long Player LP
>   c/o Pete Reid
>   Pete Reid Law, PLLC
>   3901 South Lamar, Suite 260
>   Austin, Texas 78704

For these reasons, Plaintiff respectfully request that this Court enter an Order authorizing the return the bond that Plaintiff paid into Court as security in this matter.

Date:   Austin, Texas                Pete Reid Law, PLLC
        May 4 2018                   Attorney for Plaintiff

_____
Peter James Reid,
Texas Bar #24074939
New York Bar# 4353686
3901 South Lamar, Suite 260
Austin, Texas 78704
Tel: 512 261 2500
Email: pete@petereidlaw.com

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing instrument was served pursuant to Rule 5 of the Federal Rules of Civil Procedure on the 4th day of May 2018, upon the following counsel of record as set forth below:

**VIA CM/ECF**

Steven J. Cohen
WACHTEL MISSRY LLP
One Dag Hammarskjold Plaza
885 Second Avenue | New York, NY 10017
Telephone: 212-909-9505 | Facsimile: 212-909-9463
Email: cohen@wmllp.com |

ATTORNEY FOR DEFENDANTS

_____
Pete Reid